IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02490–PAB–KMT

JOSEPH LOUIS DURAN,

      Plaintiff,

v.

JOAN KOPRIVNIKAR, M.D.,
DENEEN CRANDELL, PSY. D., and
SGT. LEE MARTINEZ, RETIRED,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion to Locate and Serve Defendant Crandell/Martinez" (Doc. No. 17, filed December 7, 2010) is GRANTED. The United States Marshal Service is attempting to serve the defendants at the addresses provided by the Colorado Department of Corrections. (*See* Doc. Nos. 13, 20.)

Dated: December 9, 2010