IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02490–PAB–KMT

JOSEPH LOUIS DURAN,

      Plaintiff,

v.

JOAN KOPRIVNIKAR, M.D.,
DENEEN CRANDELL, PSY. D., and
SGT. LEE MARTINEZ, RETIRED,

      Defendants.

## ORDER

This matter is before the court on this court's *sua sponte* reconsideration of Plaintiff's "Motion for Appointment of Counsel" [Doc. No. 27].  In reviewing the multiple motions filed by Plaintiff in the recent past and the content of those motions, the court believes justice will best be served by affording Plaintiff the benefit of counsel to help investigate and present Plaintiff's claims and need for judicial redress.

Wherefore it is **ORDERED**

1.     The court's Order [Doc. No. 30] is VACATED;

2.     Plaintiff's "Motion for Appointment fo Counsel" [Doc. No. 27] is hereby GRANTED IN PART and DENIED IN PART.  Plaintiff's request that counsel be appointed to

represent him is DENIED.  However, the Motion is GRANTED insofar as this court directs the Clerk of the Court to make every attempt to secure the services of *pro bono* voluntary counsel to represent Plaintiff in this case.  In the event *pro bono* counsel is not immediately available, the Clerk of the Court is directed to place Plaintiff on a waiting list for representation as availability occurs.

Dated this 18th day of February, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge