IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02490–PAB–KMT

JOSEPH LOUIS DURAN,

    Plaintiff,

v.

JOAN KOPRIVNIKAR, M.D.,
DENEEN CRANDELL, PSY. D., and
SGT. LEE MARTINEZ, RETIRED,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion to Order Adequate Time to View Mental Health File and Medical File" (Doc. No. 36, filed 2/8/2011). Plaintiff requests "at least one hour a week to view Plaintiff's Mental Health and Medical File to prepare Discovery." (*Id.* at 1.) Plaintiff complains that he has been allowed only twenty minutes of viewing time since his admission to San Carlos Correctional Facility in September 2008. (*Id.*) He believes that "1 hour a week is an adequate start to began [sic] looking for evidence in the Plaintiff's behalf." (*Id.* at 2.)

The court construes this motion as a request for discovery. The motion is DENIED as premature. In addition, the court generally declines to interfere in the day-to-day activities of prison administration. *See Bell v. Wolfish*, 441 U.S. 520, 547-84 (1979) (noting that courts must ordinarily defer to prison administrators in the adoption and execution of policies and practices to preserve order and maintain institutional security).

Dated: March 7, 2011