IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02490–PAB–KMT

JOSEPH LOUIS DURAN,

    Plaintiff,

v.

JOAN KOPRIVNIKAR, M.D.,
DENEEN CRANDELL, PSY. D., and
SGT. LEE MARTINEZ, RETIRED,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion to Allow Plaintiff Once a Month Court Correspondence" (Doc. No. 37, filed 2/8/2011). The motion is DENIED. There is no blanket requirement that Plaintiff correspond with the Court on a regular basis. Plaintiff's obligations are dictated by any motions he wishes to file and any responses he wishes to make to motions filed by Defendants. As such, at times Plaintiff may need to make multiple filings in a month; at other times, he may not need to make any. Plaintiff's request for "once a month court correspondence" is premised on his assertion that legal supplies needed to prosecute his case are limited. However, Plaintiff has not identified any motion or response he has been unable to file. In fact, the court notes that he has filed four motions since February 8, 2011. To the extent that Plaintiff is unable to timely file a motion or response in the future, he may seek an extension of time for good cause from the court.

Dated: March 7, 2011