IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02490–PAB–KMT

JOSEPH LOUIS DURAN,

    Plaintiff,

v.

JOAN KOPRIVNIKAR, M.D.,
DENEEN CRANDELL, PSY. D., and
SGT. LEE MARTINEZ, RETIRED,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on Plaintiff's "Retaliation: Motion to Order Case Manager to Remove False Information (Murder Conviction) from File Forthwith." (Doc. No. 60, filed 6/3/2011.) Plaintiff believes that allegedly false information regarding a murder conviction and numerous misdemeanor convictions was placed in his corrections file in retaliation for filing this lawsuit. Plaintiff claims that this information was provided to a parole hearing officer so that his parole would be denied. He asks the court for an order to remove the allegedly false information from his file. Such claims are not the subject of this lawsuit. Accordingly, the motion is DENIED.

Dated: June 6, 2011.