**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02490-PAB-KMT | FTR - Courtroom C-201 |
| **Date:** June 7, 2011 | Deputy Clerk, Nick Richards |
| | |
| JOSEPH LOUIS DURAN, | Pro Se (by phone) |
| Plaintiff, | |
| v. | |
| JOAN KOPRIVNIKAR, M.D., DENEEN CRANDELL, PSY. D., and SGT. LEE MARTINEZ, RETIRED, | Robert Charles Huss |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**EVIDENTIARY HEARING
Court in session: 9:59 a.m.**
Court calls case.  Appearances of counsel.

Evidentiary Hearing is called in regards to Plaintiff's Motion to Stop All Involuntary - Forced Drugs [Doc. No. 35, filed February 8, 2011], Motion for Restraining Order Against Defendant Koprivnikar and Named Treatment Team Members [Doc. No. 52, filed March 24, 2011], and Motion for Amendment to Names of Parties at Involuntary Drug Hearing on 10/25/10 to Obtain a Restraining Order Each One [Doc. No. 56, filed May 18, 2011], and Defendant's Motion to Stay Discovery [Doc. No. 31, filed February 2, 2011].

| | |
|---|---|
| 10:16 a.m. | Direct examination of Dr. Richard E. Phelps |
| 10:19 a.m. | Cross-examination of Dr. Phelps |
| 10:22 a.m. | Re-direct of Dr. Phelps |

Defendant's exhibits **A-1**, **A-2**, **A-3**, **A-4**, **A-5**, **A-6**, **A-7**, **A-8**, **A-9**, and **A-10** are identified, offered, and admitted for purposes of this hearing only.

The Court notes Mr. Duran refutes certain information which appears in his medical records.  The court will note the objections when reviewing the exhibits.

It is **ORDERED:**   Plaintiff's Motion to Stop All Involuntary - Forced Drugs [35], Motion for Restraining Order Against Defendant Koprivnikar and Named Treatment Team Members [52], and Motion for Amendment to Names of Parties at Involuntary Drug Hearing on 10/25/10 to Obtain a Restraining Order Each One [56] are **TAKEN UNDER ADVISEMENT**. A Recommendation will be issued to District Judge Philip A. Brimmer regarding these matters.

It is **ORDERED:**   Motion to Stay Discovery [31] is **GRANTED** as to all parties. Discovery is stayed until a ruling is made on Defendant's Motion to Dismiss Plaintiff's Prisoner Complaint [Doc. No. 24, filed January 24, 2011].

**Court in Recess: 11:06 a.m.**
Hearing concluded.
Total In-Court Time     01:07

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.