IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02490–PAB–KMT

JOSEPH LOUIS DURAN,

    Plaintiff,

v.

JOAN KOPRIVNIKAR, M.D.,
DENEEN CRANDELL, PSY. D., and
SGT. LEE MARTINEZ, RETIRED,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Retaliation: Motion for Court Order to Disallow Mental Health Groups Forced on Plaintiff." (Doc. No. 65, filed 6/20/2011.) Plaintiff asks the court to issue an order against the Colorado Department of Health at San Carlos Correctional Facility "to prevent retaliation against Plaintiff for refusing to go to Mental Health Groups." (*Id.* at 2.) Such claims are not part of this lawsuit nor is the Colorado Department of Health a party. Accordingly, the motion is DENIED.

Dated: June 29, 2011.