IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02490–PAB–KMT

JOSEPH LOUIS DURAN,

    Plaintiff,

v.

JOAN KOPRIVNIKAR, M.D.,
DENEEN CRANDELL, PSY. D., and
SGT. LEE MARTINEZ, RETIRED,

    Defendants.

---

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

---

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Philip A. Brimmer, pursuant to the Order of Reference dated November 19, 2010. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **September 29, 2011,** at **10:00 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 7th day of September, 2011.

**BY THE COURT:**

_Kathleen M. Tafoya_
Kathleen M. Tafoya
United States Magistrate Judge