IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02490–PAB–KMT

JOSEPH LOUIS DURAN,

    Plaintiff,

v.

DENEEN CRANDELL, PSY. D., and
SGT. LEE MARTINEZ, RETIRED,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion for Court Assistance with Legal Mail Processing Denials." (Doc. No. 88, filed Sept. 16, 2011.) It appears that Plaintiff seeks an order requiring that certain San Carlos Correctional Facility correctional officers process Plaintiff's legal mail at his request so that it may be received by this court.

Plaintiff's Motion (Doc. No. 88) is DENIED. The court declines to interfere in the day-to-day activities of prison administration. *See Bell v. Wolfish,* 411 U.S. 520, 547-84 (1979) (noting that courts must ordinarily defer to prison administrators in the adoption and execution of policies and practices to preserve order and maintain institutional security).

Dated: September 19, 2011